IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JURASSIC SEISMIC COMPANY**            **PLAINTIFF**

**vs**            **CIVIL ACTION NO. 3:05cv682-HTW-JCS**

**JOHN P. ADCOCK, JR., et al.**            **DEFENDANTS**

*consolidated with*

JURASSIC SEISMIC COMPANY            PLAINTIFF

vs.            CIVIL ACTION NO.  3:06cv51-HTW-JCS

W.B. COCKRELL, et al.            DEFENDANTS

*and*

JURASSIC SEISMIC COMPANY            PLAINTIFF

vs.            CIVIL ACTION NO. 3:06cv171-HTW-JCS

HAROLD ADAMS, et al.            DEFENDANTS

*and*

JURASSIC SEISMIC COMPANY            PLAINTIFF

vs.            CIVIL ACTION NO. 3:06CV367-HTW-JCS

ANTHONY SMITH            DEFENDANT

<u>ORDER</u>

This cause is before the court on Plaintiff's motion to consolidate the above-referenced cases.  No party has opposed the motion, and the court concludes that it should be granted.  Accordingly, it is hereby ordered that the above-referenced cases are

hereby consolidated for all purposes.  All filings henceforth shall be made solely in the lead case, civil action no. 3:05cv682-HTW-JCS.

SO ORDERED this the 2nd day of November, 2006.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE