IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                          CIVIL ACTION NO. 3:05cv682 HTW-LRA

JOHN P. ADCOCK, JR., et al.                                 DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                          CIVIL ACTION NO. 3:06cv51 HTW-LRA

W. B. COCKRELL, ET AL.                                      DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                          CIVIL ACTION NO. 3:06cv171 HTW-LRA

HAROLD ADAMS, ET AL.                                        DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                          CIVIL ACTION NO. 3:06cv00367-HTW-LRA

ANTHONY SMITH                                               DEFENDANT

## AGREED JUDGMENT OF DISMISSAL OF DEFENDANT
## SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of Plaintiff Jurassic Seismic Company and Defendant/Counter-claimant South Mississippi Electric Power Association ("SMEPA"), for entry of judgment dismissing any claims of Jurassic Seismic Company against SMEPA, with prejudice, and dismissing any claims of SMEPA against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, on the basis that said parties have reached a settlement of this matter by and through undersigned counsel, and the Court, being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against SMEPA be and they are hereby dismissed, with prejudice, and that all claims of SMEPA against Jurassic Seismic Company be and they are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDERED AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims listed above, and the entry of this judgment is expressly directed pursuant to the provisions of FED.R.CIV.P. 54(b).

SO ORDERED AND ADJUDGED, this the 2nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED:**

_____
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)
**COPELAND, COOK, TAYLOR & BUSH**
1062 Highland Colony Parkway, Suite 200
Post Office Box 6020
Ridgeland, Mississippi 39158
(601) 856-7200
(601) 353-6235 (fax)

**ATTORNEYS FOR JURASSIC SEISMIC COMPANY**

_____
Jeff C. Bowman
**JACKSON, BOWMAN AND BLUMENTRITT, PLLC**
309 South 40th Avenue
Hattiesburg, Mississippi 39402
(601) 264-3309

**ATTORNEY FOR SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION**