3:06-cv-171

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JURASSIC SEISMIC COMPANY**                                **PLAINTIFF**

vs.                                     CIVIL ACTION NO. 3:05cv682 HTW-LRA

**JOHN P. ADCOCK, JR., et al.**                             **DEFENDANTS**

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                     CIVIL ACTION NO. 3:06cv51 HTW-LRA

W. B. COCKRELL, ET AL.                                      DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                     CIVIL ACTION NO. 3:06cv171 HTW-LRA ✓

HAROLD ADAMS, ET AL.                                        DEFENDANTS

*CONSOLIDATED WITH*

JURASSIC SEISMIC COMPANY                                    PLAINTIFF

vs.                                     CIVIL ACTION NO. 3:06cv00367-HTW-LRA

ANTHONY SMITH                                               DEFENDANT

## AGREED JUDGMENT OF DISMISSAL

THIS DAY this cause came on to be heard on the joint motion *ore tenus* of Plaintiff Jurassic Seismic Company and Defendant Stanley Coleman for entry of a judgment dismissing any and all claims of Jurassic Seismic Company against Stanley Coleman, with prejudice, and dismissing any and all claims of Stanley Coleman against Jurassic Seismic Company, with prejudice, and without the taxation of costs to either party, and the Court, being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of Jurassic Seismic Company against Stanley Coleman be and are hereby dismissed, with prejudice, and that all claims of Stanley Coleman against Jurassic Seismic Company be and are hereby dismissed, with prejudice, without the taxation of costs to either party.

IT IS FURTHER ORDER AND ADJUDGED that the Court expressly determines that there is no just reason for delay in entering final judgment as to the claims and parties listed above, and the entry of this judgment is expressly directed pursuant to the provision of FED. R.CIV.P. 54 (b).

SO ORDERED AND ADJUDGED, this the 11th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED** this the  8th  day of February, 2010.

_____
Glenn Gates Taylor (MSB No. 7453)
Todd C. Richter (MSB No. 9430)

**Attorneys for Jurassic Seismic Company**


**APPROVED AND AGREED** this the  9th  day of February, 2010.

_____
Stanley Coleman